POLSON MFG. CO., Respondents, v. UE-BELHOER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by the Polson Manufacturing Company against Cora M. Uebelhoer. No opinion. Appeal dismissed, without costs, upon stipulation filed.

In re PONFIELD ROAD IN VILLAGE OF BRONXVILLE. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) In the matter of the widening of a portion of Ponfield Road, in the Village of Bronxville.

PER CURIAM. Order of the County Court of Westchester County reversed, and proceedings remitted to said court to appoint new commissioners of appraisal, with costs to the appellants to abide the event of the proceedings. The commissioners of appraisal have proceeded upon an erroneous theory, in that they have deducted from the actual value of the land taken, which belonged to claimants, the amount of the supposed benefit to other lands belonging to them by reason of the improvement. Unless the provisions of Village Law (Laws 1909, c. 64 [Consol. Laws 1909, c. 64]) § 152, relating to compensation, are limited to consequential damages resulting to a portion of a tract not taken, and are not applied to actual damages for land actually taken, such act would be unconstitutional. In re City of New York, Consolidated Gas Co., 190 N. Y. 350, 83 N. E. 299, 16 L. R. A. (N. S.) 335; In re Forty-Eighth Street, 19 App. Div. 602, 46 N. Y. Supp. 311; Manhattan Ry. Co. v. Stuyvesant, 126 App. Div. 848, 111 N. Y. Supp. 222; In re Commissioner of Public Works, 135 App. Div. 561, 120 N. Y. Supp. 930, affirmed 199 N. Y. 531, 92 N. E. 1081; In re City of New York, Johns-Manville Co., 143 App. Div. 517, 128 N. Y. Supp. 12.

POTTER et al. v. PARK CO. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Frederick Potter and another against the Park Company. No opinion. Motion granted, to the extent stated in order. Order filed. See, also, 140 N. Y. Supp. 1140.

POWERS, Respondent, v. CATHOLIC NEWS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Thomas E. Powers against the Catholic News Publishing Company. J. E. Donnelly, of New York City, for appellant. M. De Witt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 App. Div. 457, 126 N. Y. Supp. 820.

POWERS, Respondent, v. RIDDER, Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Thomas E. Powers against Henry Ridder. J. E. Donnelly, of New York City, for appellant. M. De Witt, of New York City, for respondent.

No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 App. Div. 457, 126 N. Y. Supp. 820.

In re PRATT. (Supreme Court, Appellate Division, First Department. May 23, 1913.) In the matter of George W. Pratt. No opinion. Application granted. Order signed.

In re PUBLIC SERVICE COMMISSION (UTICA AVE. ROUTE). (Supreme Court, Appellate Division, Second Department. April 11, 1913.) In the matter of the application of the Public Service Commission, First District, for the appointment of three commissioners, etc.; Utica Avenue Route. No opinion. Motion granted. Thomas H. Troy, William Seward Shanahan, and Desmond Dunne appointed commissioners. See, also, 140 N. Y. Supp. 1141.

PURITAN PURE FOOD CO. v. STOLL-WERCK et al. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by the Puritan Pure Food Company against one Stollwerck and others. No opinion. Motion denied. Order filed.

QUINN, Respondent, v. CAHILL, Appellant. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Anthony Quinn against Matthew J. Cahill.

PER CURIAM. Judgment and order of the County Court of Richmond County affirmed, with costs.

HIRSCHBERG, J., not voting.

RANGER v. LOCKE. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by John H. Ranger against Chas. E. Locke. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

RATHBUN v. RATHBUN. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Eliza J. Rathbun against John E. Rathbun. No opinion. Motion granted, with $10 costs. Order filed.

RECORD, Appellant, v. KETCHUM, Respondent. (Supreme Court, Appellate Division, Third Department. May 13, 1913.) Action by George T. Record, by Chauncey Record, his guardian ad litem, against James Arthur P. Ketchum. No opinion. Motion denied. See, also, 140 N. Y. Supp. 1142.

In re REDFIELD et al. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) In the matter of the judicial settlement of the accounts of Frank B. Redfield and another, as executors, etc., of Constance B. Redfield, deceased. No opinion. Decree affirmed, with costs to respondents against appellants personally. See, also, 137 N. Y. Supp. 1115.

REICH, Respondent, v. E. W. BLISS BUILDINGS, Inc., Appellant. SAME v. LANE et al. SAME v. LANE. (Supreme